| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

DARRELL J. HARPER, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 1:15-CV-19
§
UNITED STATES OF AMERICA, §
§
    Defendant. §

**MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Darrell J. Harper, proceeding *pro se*, filed this lawsuit against the United States of America. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge.

The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this matter. The magistrate judge recommends that this lawsuit be dismissed without prejudice pursuant to sanctions imposed by the United States Court of Appeals for the Fifth Circuit.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. After careful consideration, the court is of the opinion that the objections are without merit. As plaintiff has not satisfied the sanctions previously imposed by the Fifth Circuit, he may not proceed with this matter.

**ORDER**

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is

**ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Sherman, Texas, this 16th day of June, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE